# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HOWARD COHAN,<br>　　　　Plaintiff,<br><br>vs.<br><br>AHP H6 ALPHARETTA LLC,<br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-00509-SEG |

## DEFAULT JUDGMENT

The defendant AHP H6 ALPHARETTA LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Sarah E. Geraghty, United States District Judge, by order of July 30, 2024, having directed that judgment issue in favor of Plaintiff and against the Defendant, it is hereby

ORDERED AND ADJUDGED, that Defendant AHP H6 Alpharetta LLC is ORDERED to remove all architectural barriers identified in the complaint, such that the Hyatt Place Atlanta/Alpharetta/North Point Mall hotel will be made accessible to and usable by persons with disabilities to the full extent required by Title III of the ADA and the 2010 ADA Standards for Accessible Design. It is FURTHER ORDERED that Defendant AHP H6 Alpharetta LLC shall pay Plaintiff Howard Cohan $202.50 in attorney's fees and $2,372 in costs and expenses.

Dated at Atlanta, Georgia this 30th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

By:    s/ A. Edwards
       Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
July 30, 2024
Kevin P. Weimer
Clerk of Court

By:    s/ A. Edwards
       Deputy Clerk